**FILED**
December 05, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS SAMUEL OVERBEY,

    Defendant.

Case No. 2:16-cr-00213-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS SAMUEL OVERBEY ,

Case No.  2:16-cr-00213-KJN , from custody for the following reasons:

    **X**    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ \_\_\_\_\_

    \_\_\_\_\_    Unsecured Appearance Bond $ \_\_\_\_\_

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_\_    Appearance Bond with Surety

    \_\_\_\_\_    Corporate Surety Bail Bond

    **X**    (Other): To be released at 9:00 AM on 12/8/2016 from the Marshals' office, to report to Pretrial Services.

Issued at Sacramento, California on December 05, 2016 at  2:35 pm 

By: *[signature]*

Magistrate Judge Carolyn K. Delaney