PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00213-KJN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NICHOLAS OVERBEY, | |
| Defendant. | DATE: December 14, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 14, 2016.

2. By this stipulation, the parties request that the Court continue the status conference until January 4, 2017, and to exclude time between December 14, 2016, and January 4, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced to defense counsel discovery in this matter, including investigative reports and surveillance video.

    b) Counsel for defendant desires additional time to review the discovery provided, to conduct investigation and research related to the charges, and to consult with her client to discuss

potential resolutions.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2016 to January 4, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 13, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ *JAMES R. CONOLLY*
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  December 13, 2016

/s/ *LINDA ALLISON*
LINDA ALLISON
Counsel for Defendant
NICHOLAS OVERBEY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 14, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE